**BAKER & DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
(317) 237-0300
Attorneys for Defendants
   Zimmer, Inc., and Zimmer Holdings, Inc.

ISBN 11856-49 (J. Joseph Tanner, Esq.)
ISBN 25516-49 (Andrew L. Campbell, Esq.)
ISBN 28771-49 (John T. Schlafer, Esq.)

| | |
|---|---|
| RACHEL SATTINGER and STEPHEN SATTINGER,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER SOUTHWEST,<br><br>            Defendants. | UNITED STATE DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No.: 2:11-cv-01095 (SDW-MCA)<br><br>MDL No. 2158<br><br>**ENTRY OF APPEARANCE** |

TO:   Clerk, United States District Court for
         the District of New Jersey
      Martin Luther King Building and U.S. Courthouse
      50 Walnut Street
      Newark, NJ  07101

      All Counsel of Record via ECF

   PLEASE TAKE NOTICE that J. Joseph Tanner, Esq., Andrew L. Campbell, Esq., and John T. Schlafer, Esq., of the law firm of Baker & Daniels LLP, hereby enter appearances as counsel for Defendants Zimmer, Inc., and Zimmer Holdings, Inc., in the above-captioned matter.  A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

J. Joseph Tanner, Esq.
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
joe.tanner@bakerd.com

Andrew L. Campbell, Esq.
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
andrew.campbell@bakerd.com

John T. Schlafer, Esq.
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
john.schlafer@bakerd.com

        BAKER & DANIELS LLP
        Attorneys for Defendants
        Zimmer, Inc., and Zimmer Holdings, Inc.


By:   *s/ J. Joseph Tanner*
       J. Joseph Tanner, Esq.
       A Member of the Firm


By:   *s/ Andrew L. Campbell*
       Andrew L. Campbell, Esq.
       An Associate of the Firm


By:   *s/ John T. Schlafer*
       John T. Schlafer, Esq.
       An Associate of the Firm

Dated:  April 21, 2011

## CERTIFICATE OF SERVICE

I certify that on April 21, 2011, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

>Edward J. Fanning, Jr.
>efanning@mccarter.com
>
>Zane Christian Riester
>zriester@mccarter.com
>
>Joel L. Herz
>joel@joelherz.com

I further certify that on April 21, 2011, a copy of the foregoing Notice of Appearance was mailed, by first-class mail, postage prepaid and properly addressed, to the following:

>Sara Marie Athen
>Snell & Wilmer LLP
>1 Arizona Ctr
>400 E Van Buren
>Phoenix, AZ  85004-0001

>*/s/ John T. Schlafer*

BDDB01 6624821v1