UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHEL SATTINGER and STEPHEN SATTINGER,<br><br>Plaintiffs,<br>v.<br><br>ZIMMER, INC., a Delaware Corporation, et. al.,<br><br>Defendants. | Civil Action No. 11-1095 (SDW)<br><br>**ORDER**<br><br>June 14, 2011 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed May 26, 2011, regarding the motion to amend the complaint to add a non-diverse defendant and to remand the pending action. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 14th day of June, 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo as set forth on the record on May 26, 2011, is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiffs' motion seeking to add a non-diverse defendant and remand the pending matter to the Superior Court of Arizona, Pima County is **GRANTED.**

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

cc:  Clerk
     Magistrate Judge Madeline C. Arleo